IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 21-CR-30067 |
| PAMELA TOLBERT, | ) |
| Defendant. | ) |

### INFORMATION

The United States Attorney charges:

### Count Two
(Corruptly Attempting to Conceal an Object)

On or about June 14, 2021, in the Central District of Illinois, the defendant,

PAMELA TOLBERT,

did corruptly attempt to conceal several objects, specifically fentanyl, a cutting agent, and a kilogram press, with the intent to impair its integrity and availability for use in an official proceeding.

All in violation of Title 18, United States Code, Section 1512(c)(1).

Redacted

_____
GREGORY M. GILMORE
ACTING UNITED STATES ATTORNEY
TKJ